**No. P66/324.**—Haruta & Co., Inc. *v.* United States, protest 64/6145 (New York).

No. P66/325.—Haruta & Co., Inc. v. United States, protest 64/22883 (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consist of cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiffs was sustained.